# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:                                                                         Case No. 8:23-bk-01727-CPM
**XAVIER CHARLES WASHINGTON II**          Chapter 13

        Debtor.
_____/

## OBJECTION TO CLAIM #10 OF
## AVENIDA DE FLORES TOWNHOMES ASSOCIATION, INC.

## NOTICE OF OPPORTUNITY TO
## OBJECT AND REQUEST FOR HEARING

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at _801 N Florida Ave, Ste 555, Tampa, FL 33602_, and if the moving party is not represented by an attorney, mail a copy to the moving party at _Law Offices of Robert M. Geller, P.A., Attn: Kelley M. Petry, Esq., 807 W. Azeele St, Tampa, FL 33606_ within _30_ days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.**

**If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

      Debtor, by and through the undersigned attorney, file this Objection to Claim #10 of Avenida De Flores Townhomes Association, Inc. ("Avenida") and states the following:

      1.    This case was instituted by the filing of a Voluntary Petition under Chapter 13 of the Bankruptcy Code on April 28, 2023.

      2.    Avenida is the holder of a lien on Debtors' homestead real property by virtue of a Declaration of Covenants, Conditions, and Restrictions of Avenida De Flores Townhomes.

      3.    On June 22, 2023, Avenida filed secured Proof of Claim #10 reflecting a pre-petition arrearage of $48,262.60 ("Claim"). The Claim includes an attorney fee component of $18,876.00.

4. Debtor objects to the attorney fee component of the Claim on the basis that it is not itemized and no time records are attached. Debtor is unable to determine if the fees are reasonable.

5. Based on the foregoing, it would be appropriate for this Court to enter an order sustaining this Objection and disallowing the attorney fee component of the Claim.

**WHEREFORE**, Debtor respectfully requests that this Court enter an order sustaining this Objection, disallowing the attorney fee component of the Claim, and granting such other and further relief as this Court deems necessary and proper.

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail or electronic filing notice to **Jon Waage,** Trustee; **Xavier Washington,** Debtor; **Avenida De Flores Townhomes Association, Inc.**, c/o Agnieszka Kasprzak, person filing claim, 6211 S. MacDill Ave, Unit 5, Tampa, FL 33611; **Avenida De Flores Townhomes Association, Inc.**, c/o registered agent Julie Lovetere, 24701 US Hwy 19 N, Ste 102, Clearwater, FL 33763; by certified mail to **Avenida De Flores Townhomes Association, Inc.**, Dean Rancourt, President, 24701 US Hwy 19 N, Ste 102, Clearwater, FL 33763; this 3rd day of July, 2023.

_____/s/ Kelley M. Petry_____
Kelley M. Petry, Esq. Fl Bar No 0388180
Kelley M. Petry, Esq.
Law Offices of Robert M. Geller, P.A.
807 W. Azeele St.
Tampa, FL 33606
(813) 254-5696
email: kpetry@robertgellerlaw.com