ORDERED.

**Dated:  October 24, 2023**

_Catherine M^c Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No.  8:23-bk-01727-CPM

Xavier Charles Washington, II,

Chapter 13

Debtor.

_____/

**ORDER GRANTING LESSOR SUNSET ELECTRIC'S MOTION
TO COMPEL DEBTOR TO ASSUME OR REJECT LEASE**

**THIS CASE** having come before the Court for hearing on October 18, 2023, upon *Lessor ASB Sunset Electric, LLC's* ["**Sunset Electric**"] *Motion to Compel Debtor to Assume or Reject Lease and for Allowance and Payment of Administrative Expense for Postpetition Rent* (ECF No. 44) (the "**Motion**"), and for the reasons stated orally and recorded in open court that shall constitute the decision of this Court,

It is **ORDERED**:

1.      The Motion is **GRANTED** as provided in this Order.

1

2.	The lease of the apartment at 1111 East Pine St., #6-603, Seattle, Washington 98122 is hereby **REJECTED**.

3.	Xavier Charles Washington, II (the "**Debtor**") must surrender the premises to Sunset Electric (by fully vacating the apartment and turning over the keys to the apartment to Sunset Electric) no later than **Wednesday, November 1, 2023**.

4.	The Court will consider whether the effective date of rejection is the date that the Debtor surrenders the premises or such earlier date, if it is relevant to do so, at the evidentiary hearing on ECF No. 45, which is presently scheduled for November 15, 2023, at 4:00 p.m.

5.	Sunset Electric shall have 30 days from the date that the debtor surrenders the premises to file a proof of claim arising from the rejection of the lease.

*Attorney Michael D. Lessne is directed to serve a copy of this Order on interested parties and file a proof of service within three days of the entry of this Order.*