UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Xavier Charles Washington, II,

                Debtor.
_____/

Case No.  8:23-bk-01727-CPM

Chapter 13

**NOTICE OF WITHDRAWAL OF:**

**(1) *LESSOR SUNSET ELECTRIC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE* (ECF NO. 45) AND**

**(2) *LESSOR SUNSET ELECTRIC'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN* (ECF NO. 43)**

Lessor ASB Sunset Electric, LLC ("**Sunset Electric**") hereby withdraws its (1) *Motion for Allowance and Payment of Administrative Expense for Postpetition Rent* (ECF No. 45) and its (2) *Objection to Confirmation of Debtor's Plan* (ECF No. 43). Sunset Electric further requests that the hearing on ECF No. 45 scheduled for November 15, 2023 at 4:00 p.m. (see ECF No. 55) be cancelled.

Dated: November 7, 2023

    **LESSNE LAW**
    *Counsel for Sunset Electric*
    100 SE 3rd Avenue, 10th Floor
    Fort Lauderdale, FL 33394
    Tel: 954-372-5759;
    E-mail: michael@lessne.law

    By: */s/ Michael D. Lessne*
         Michael D. Lessne
         Florida Bar No. 73881

2

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of this objection was furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case on this 7th day of November 2023.

By: */s/ Michael D. Lessne*
Michael D. Lessne