UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.: 2:23-BK-01727-CPM
Chapter 13

Xavier Charles Washington, II,

      Debtor.

_____/

**AVENIDA DE FLORES TOWNHOMES ASSOCIATION, INC.'S WITNESS LIST FOR TRIAL ON OBJECTION TO CLAIM #10**

Creditor, Avenida De Flores Townhomes Association, Inc. ("Creditor"), by counsel, hereby submits its Witness List for Trial on Debtor's Objection to Claim # 10 (Doc. No. 27).

## **WITNESSES**

1. Kenneth Curtain

2. David Tong

Creditor reserves the right to call any witnesses designated by any other party, rebuttal witnesses, as well as to amend or supplement this witness list.

Dated: November 27, 2023

                                              */s/ Tiffany M. Love*
                                              Tiffany M. Love
                                              Florida Bar No. 92884
                                              tiffany.love@arlaw.com
                                              ADAMS AND REESE LLP
                                              100 North Tampa Street, Suite 4000
                                              Tampa, FL  33602
                                              Tel:  (813) 227-5541
                                              Fax: (813) 227-227-5641
                                              *Counsel for Avenida de Flores*
                                              *Townhomes Association, Inc*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2023, a true and correct copy of the foregoing Debtor's Witness List has been furnished via CM/ECF electronic service to those parties registered to receive service via CM/ECF, including the United States Trustee, who is registered to receive electronic notices in this case.

| | |
|---|---|
| Jennifer Travieso, Esq. | Mr. Xavier Washington |
| Aldrirdge Pite, LLP | 6211 S. MacDill Ave, Unit 1 |
| 1615 South Congress Avenue, Suite 200 | Tampa, FL 33611 |
| Delray Beach, FL 33445 | *Defendant via U.S. Mail* |
| *Counsel for Debtor* | |

                                                              */s/ Tiffany M. Love*
                                                            Tiffany M. Love, Esquire