# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:  
**XAVIER CHARLES WASHINGTON II**

Case No. 8:23-bk-01727-CPM  
Chapter 13

    Debtor.  
_____/

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM #10 OF AVENIDA DE FLORES TOWNHOMES ASSOCIATION, INC. (DOCKET #27)

  Debtor, by and through the undersigned attorney, files this Notice of Withdrawal of Objection to Claim #10 of Avenida De Flores Townhomes Association, Inc. (Docket #27). The trial set for February 21, 2024 at 9:30 a.m. should be cancelled.

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a copy of the foregoing has been furnished by U.S. Mail or electronic filing notice to Jon Waage, Trustee; Xavier Charles Washington, II, Debtor; Tiffany M. Love, Esq. counsel for Avenida De Flores Townhomes Association, Inc.; this 28th day of November, 2023.

          /s/ Kelley M. Petry  
      Kelley M. Petry, Esq. Fl Bar No 0388180  
      Law Offices of Robert M. Geller, P.A.  
      807 W. Azeele St.  
      Tampa, FL 33606  
      (813) 807-3449  
      email: kpetry@robertgellerlaw.com