United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-01727-CPM |
| Xavier Charles Washington, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2024 | Form ID: pdfADIdt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

**Recip ID        Recipient Name and Address**
db        +  Xavier Charles Washington, II, 807 W. Azeele St., Tampa, FL 33606-2209

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Allison D Thompson
    on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEES adt@mechaniknuccio.com

Gavin Stewart
    on behalf of Creditor Bridgecrest Acceptance Corporation bk@stewartlegalgroup.com

Jon Waage
    jwflecf@trustee13.com

Kelley M Petry
    on behalf of Debtor Xavier Charles Washington  II kpetry@robertgellerlaw.com, petry.kelleyr64129@notify.bestcase.com,attorneyrobertmgeller@gmail.com;gellernotices@gmail.com;petry.kelleyr64129@notify.bestcase.com;geller.robertm.b125896@notify.bestcase.com

Michael D Lessne
    on behalf of Creditor ASB Sunset Electric  LLC michael@lessne.law

District/off: 113A-8      User: admin      Page 2 of 2
Date Rcvd: Feb 27, 2024      Form ID: pdfADIdt      Total Noticed: 1

Tiffany Love McElheran
    on behalf of Attorney Avenida De Flores Townhomes Association  Inc. tiffany.love@arlaw.com, cindy.kelly@arlaw.com

United States Trustee - TPA7/13, 7
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 7

[Doepvhlt] [District Order Establishing Procedures for Video Hearings – Limited Parties]

ORDERED.

**Dated: February 26, 2024**

*Catherine Peek McEwen*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
Xavier Charles Washington II
aka Xavier Charles Alexander Washington II

_____ Debtor* _____/

Case No.
8:23-bk-01727-CPM
Chapter 13

### ORDER ESTABLISHING PROCEDURES FOR VIDEO HEARINGS

The Court will permit attorneys and parties to attend the hearing scheduled for March 6, 2024 at 1:35 PM (the "Hearing") by telephone or video via Zoom.

Accordingly, it is

**ORDERED:**

1. Parties are directed to consult the Court's *Procedures Governing Court Appearances,* available at https://www.flmb.uscourts.gov/judges/mcewen regarding policies and procedures for attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5151 no later than 3:00 p.m. one business day before the date of the hearing.

2. Participants are reminded that photographing, recording, or further broadcasting the Hearing is strictly prohibited. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording system. The process for requesting an official transcript has not changed.

The Clerk is directed to serve a copy of this order on all interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.