ORDERED.

Dated: May 15, 2024

_____
Catherine Peek McEwen
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:                                              Case No. 8:23-bk-01727-CPM
**XAVIER CHARLES WASHINGTON II**      Chapter 13
      Debtor.
_____/

## ORDER SUSTAINING OBJECTION TO CLAIM #2 OF LVNV FUNDING, LLC

THIS CASE came on for consideration, without hearing, of the Debtor's Objection to Claim #2 of LVNV Funding, LLC (the "Objection") (Doc. No. 38) filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Objection and the absence of any record objection to the relief requested in the Objection by any party in interest, deems the Objection to be uncontested. Accordingly, it is,

    **ORDERED**

        1.      The Objection to Claim #2 of LVNV Funding, LLC is sustained.

        2.      Claim #2 is disallowed as filed.

Kelley M. Petry, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.