**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Xavier Charles Washington II                          Case No. 8:23-bk-01727-CPM
AKA: Xavier Charles Alexander Washington, II
Debtor(s)
_____/

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE**
**TO MAKE PAYMENTS TO TRUSTEE**

   COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through his undersigned attorney, hereby moves to dismiss the above-styled Chapter 13 case, and in support thereof would state as follows:

   1.   As of July 9, 2024, the Debtor(s) are delinquent in payments ordered to be paid to the Chapter 13 Trustee to the extent of $19017.00, (representing 2.5 months delinquent) which sum is through and including the June 28, 2024 payment. To date the debtor(s) have made 11.5 out of 14 payments.

   2.   The Debtor's failure to make timely payments to the Chapter 13 Trustee is contrary to the terms of the District-wide Administrative Order Prescribing Procedures for Chapter 13 Cases and constitutes grounds for dismissal pursuant to 11 U.S.C. §1307(c)(1) as willful failure of the Debtor(s) to abide by Orders of the Court and is an unreasonable delay that is prejudicial to creditors.

   WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

   I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Motion to Dismiss For Failure to Make Payments to Trustee was furnished, electronically or by U.S. Mail, to **Xavier Charles Washington II, 807 W. Azeele St., , Tampa, FL 33606**-,     and Kelley M. Petry, Esq., Law Offices of Robert M. Geller P.A., 807 West Azeele Street, Tampa, FL 33606-, on July 9, 2024.

                                                                 /s/ Kimberly R. McIntyre
                                                                 Kimberly R. McIntyre, Esquire
                                                                 Staff Attorney for Chapter 13 Trustee
                                                                 Florida Bar No. 14123
                                                                 P.O. Box 25001
                                                                 Bradenton, Florida 34206-5001
                                                                 Phone:  (941) 747-4644
                                                                 Fax:    (941) 750-9266

JMW/KRM/kja