United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 23-01727-CPM |
| Xavier Charles Washington, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 09, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 30451268 | Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed, Association, as Indenture Trustee, 305 S. Blvd., Tampa, FL 33606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Allison D Thompson
    on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1  MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEES adt@mechaniknuccio.com

Gavin Stewart
    on behalf of Creditor Bridgecrest Acceptance Corporation bk@stewartlegalgroup.com

Jon Waage
    jwflecf@trustee13.com

Kelley M Petry
    on behalf of Debtor Xavier Charles Washington  II kpetry@robertgellerlaw.com, geller.robertm.b125896@notify.bestcase.com;robertmgellerbk@robertgellerlaw.com;gellernotices@gmail.com;petry.kelleyr64129@notify.bestcase.com

Michael D Lessne
    on behalf of Creditor ASB Sunset Electric  LLC michael@lessne.law

Seth J Greenhill
    on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 Seth.Greenhill@padgettlawgroup.com, bkecf@padgettlawgroup.com;sgreenhill_905@ecf.courtdrive.com;Makesha.Caldwell@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlawgroup.com;PLG@ecf.courtdrive.com

District/off: 113A-8  User: admin  Page 2 of 2
Date Rcvd: Jul 09, 2024  Form ID: trc  Total Noticed: 1

Tiffany Love McElheran
    on behalf of Attorney Avenida De Flores Townhomes Association  Inc. tiffany.love@arlaw.com, cindy.kelly@arlaw.com

United States Trustee - TPA7/13, 7
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Florida
Case No. 8:23-bk-01727-CPM
Chapter 13

In re: Debtor(s) (including Name and Address)

Xavier Charles Washington, II
807 W. Azeele St.
Tampa FL 33606

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/25/2024.

Name and Address of Alleged Transferor(s):

Claim No. 14: Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed, Association, as Indenture Trustee, 305 S. Blvd., Tampa, FL 33606

Name and Address of Transferee:

U.S. Bank National Association
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/11/24

Sheryl L. Loesch
**CLERK OF THE COURT**